MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  Miguel Osuna-Hernandez              No. 08mj0067-POR

HON.  Louis S. Porter           Tape No. POR08-1:14:06-14:10 (2m)

Asst. U.S. Attorney  Carlos Cantu, AUSA        PTSO  N/A

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Robert Carriedo | X Apt | Ret | for | Osuna-Hernandez | (2) | (C) |
|  |  | __ Apt | Ret | for | _____ | ( ) | ( ) |
|  |  | __ Apt | Ret | for | _____ | ( ) | ( ) |
|  |  | __ Apt | Ret | for | _____ | ( ) | ( ) |
|  |  | __ Apt | Ret | for | _____ | ( ) | ( ) |
|  |  | __ Apt | Ret | for | _____ | ( ) | ( ) |

__ Apt for Material Witness(es)

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

-Government's Oral Motion to Dismiss as to defendant Miguel Osuna-Hernandez only- Granted without prejudice.
-Case Dismissed without prejudice as to defendant Miguel Osuna-Hernandez only.
-Abstract issued to USM.

Date  02/07/2008                              R. F. Messig
                                              Deputy's Initials